FILED

February 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: EP:25-CR-00219-DB** |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1:** 18:932(b)(2) – Straw Purchasing of Firearms. |
| | § | **CT 2:** 18:544 – Smuggling of Goods from the United States. |
| **DANIEL CONTRERAS,** | § | **CT 3:** 18:922(a)(1)(A) – Dealing in Firearms without a License |
| | § | **CT 4:** 18:922(a)(6) – False Statement During Purchase of a Firearm. |
| Defendant. | § | **CT 5:** 18:922(a)(6) – False Statement During Purchase of a Firearm. |
| | § | |
| | § | *Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>

On or about May 6, 2024, in the Western District of Texas, Defendant,

**DANIEL CONTRERAS,**

did knowingly purchase a firearm, to wit: a Glock Model 30GEN4, .45 caliber handgun with serial number CCLL587, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another person, knowing or having reasonable cause to believe that another person intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony, to wit: Smuggling Goods from the United States in violation of Title 18, United States Code, Section 554; or did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT TWO

On or about May 6, 2024, in the Western District of Texas, Defendant,

**DANIEL CONTRERAS,**

received, bought, and facilitated the transportation of a firearm, to wit: a Glock Model 30GEN4, .45 caliber handgun with serial number CCLL587 prior to exportation, knowing the firearm to be intended for exportation contrary to the Commerce Control List, Title 15, Code of Federal Regulations Section 730, *et seq.*, a law or regulation of the United States, in violation of Title 18, United States Code, Section 554.

## COUNT THREE

On or between November 21, 2022 and June 24, 2024, in the Western District of Texas, Defendant,

**DANIEL CONTRERAS,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FOUR

On or about September 5, 2023, in the Western District of Texas, Defendant,

**DANIEL CONTRERAS,**

in connection with the acquisition of a firearm, to wit: a Radical Firearms Model RF-15 multi-caliber rifle bearing serial number 23-075060, from a Federal Firearm Licensee, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale or acquisition of said firearms, under Chapter 44, Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and

Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as Defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code Sections 922(a)(6) and 924(a)(2).

### COUNT FIVE

That on or about June 21, 2024, in the Western District of Texas, Defendant,

**DANIEL CONTRERAS,**

in connection with the acquisition of two firearms, to wit: a Ruger Model Security-9, 9mm handgun bearing serial number 386-96836; and a Taurus Model G3 9mm pistol bearing serial number AEL813343, from a Federal Firearm Licensee, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale or acquisition of said firearms, under Chapter 44, Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as Defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code Sections 922(a)(6) and 924(a)(2).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearms Violation and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(a)(6) and 924(a)(2) subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violations set forth above, the United States gives Notice to the Defendant **DANIEL CONTRERAS** of its intent to seek forfeiture of the property listed below

upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 provides, in pertinent part, the following:

**Title 18 U.S.C. § 924. Penalties**
\* \* \*

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

1. Radical Firearms Model RF-15 multi-caliber rifle bearing serial number 23-075060;
2. Ruger Model Security-9, 9mm handgun bearing serial number 386-96836;
3. Taurus Model G3 9mm handgun bearing serial number AEL813343; and
4. Any and all firearm, ammunition, and/or accessories used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

4